UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WEI JEN HUANG, MEE WAH CHAN,

        Plaintiffs,

-against-                                                                           **CIVIL JUDGMENT**

DEPARTMENT OF CITY PLANNING, Queens         05-CV-3787 (CBA)
Office; NEW YORK CITY, JOHN DOES 1-99;
TONY AVELLA; HOLLY CIVICS;
WALHEIM CIVICS,

        Defendants.

-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2006 ★
P.M. _____
TIME A.M. _____

Pursuant to the order issued _on February 15, 2006_ by the undersigned dismissing the amended complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the amended complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                                         /s/ Hon. Carol B. Amon
                                                                         CAROL B. AMON
                                                                         United States District Judge

Dated: _February 15, 2006_
        Brooklyn, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _2·16·06_.