EDNY (Brooklyn)
CV 05-3787(CBA)

FILED
MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of November, two thousand and seven,

FILED
NOV 01 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Wei-Jen Huang, Mee Wah Chan,

    Plaintiff-Appellant,

Department of City Planning Queens Office, New York City, John Does 1 through 99, Tony Avella, Holly Civics, Walheim Civics,

    Defendants-Appellees.

**ORDER**

Docket Number: 06-1171-CV

An appeal having been filed in this Court on 03/13/06; and

The Court, *sua sponte*, having issued an order to show cause why the appeal should not be dismissed due to appellant's failure to file the brief by the date specified in the scheduling order; and,

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By:

Janine Moreno, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by    DEPUTY CLERK

CERTIFIED    12/12/07